EXHIBIT A

EXHIBIT "A"

1)  #CX-18859-016  & #CX-18908-016

2)  #CX-18983-016

# COXSACKIE CORRECTIONAL FACILITY
## INMATE GRIEVANCE PROGRAM

The following 4 grievance(s) were filed by inmate: HAYES, T.    DIN. #05A3850

| NUMBER | DESCRIPTION | CODE | FILED | HEARING: | SUPERINTENDENT SENT: | RETURN | CORC SENT: RETURN |
|--------|-------------|------|-------|----------|------------|--------|------------|
| CX-18859-016 | DREADLOCKS | 47 | 3/2/2016 | 3/31/2016 S | | | |
| CX-18908-016 | PREA | 50 | 4/19/2016 | 4/19/2016 RESOLVED AND CLOSED | | | |
| CX-18961-016 | MAIL PROCEDURE | 24 | 6/2/2016 | | | | |
| CX-18983-016 | RETALIATION ALLEGATION | 49 | 6/17/2016 | PT/H  6/17/2016 | | | |

EXHIBIT B

EXHIBIT "B"

FALSIFIED MISBEHAVIOR REPORT

FORM 2171B (1/12)
STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

Side 2

Coxsncke **Correctional Facility**

## INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Hayes, T | 05A3850 | A³ Divison 31 cell |
| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
| A³ divison 31 cell | 5-15-16 | 6:31 pm |

3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES

104.¹³ Creating a disturbance    107.20-Lying

106.¹⁰ Direct order    102.¹⁰ Threats

107.¹¹ Harassment

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE

On the above date and approximate time I C.O. K. Hoffman heard yelling on the tier, I started to make a round and could overhear inmate Hayes 05A3850 in A³ 31 cell, Yelling out his cell window to another inmate saying " Yo all you gotta do is call that PREA Hotline and say the C.O. touched your dick doing a frisk or something, doesnt matter What you say. Just make something up trust me it works all the time." I then approched his cell door and gave him a direct order to stop yelling out of his window to which he replied "I wasnt". I then told him that I'd been Listening to his conversation and gave him a second direct order to stop yelling to which he replied "man, fuck you, I will put your ass on paper too". Inmate Hayes then sat on his bed with no further incident. AREA Supervisor was notified.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 5-15-16 | K. Hoffman | K. Ptt | C.O. |

5. ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any)    SIGNATURES:

ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)    FIRMAS:  1. _____

2. _____    3. _____

**NOTE: Fold back Page 2 on dotted line before completing below.**

DATE AND TIME SERVED UPON INMATE ___5/15/16___ ___10:45pm___    NAME AND TITLE OF SERVER ___C.C A Boshowe___

FECHA HORA DADO AL RECLUSO _____    NOMBRE Y TÍTULO DEL QUE ENTREGA _____

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. ♦ Por este medio se le informa que no se puede usar ninguna declaración hecha por usted como respuesta al cargo o la información derivada de ella en una demanda criminal.

## NOTICE ♦ AVISO

### REVIEWING OFFICER (DETACH BELOW FOR VIOLATION HEARING ONLY)

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held. ♦ Por este medio se le notifica que el informe anterior es un carge formal el cual se considerará y determinará en una audiencia a celebrarse.

The inmate shall be permitted to call witnesses provided that so doing does not jeopardize institutional safety or correctional goals. ♦ Se le permitirá al recluso llamar testigos con tal de que al hacerlo no pondrá en peligro la seguridad de la institución o los objectivos del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued prehearing confinement. ♦ Si está restringido pendiente a una audiencia por este informe de mal compartamiento, puede escribirle al Diputado del Superintendente para Seguridad o su representante antes de la audiencia para que haga una declaración acerca de la necesidad de continuar bajo confinamiento, previo a la audiencia.

Distribution: WHITE - Disciplinary Office  CANARY - Inmate (After review) ♦ Distribución: BLANCA - Oficina Disciplinaria  AMARILLA - Recluso (después de la resión)

EXHIBIT C

EXHIBIT "C"

"GRIEVANCE RECEIPT"

**STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

## INMATE GRIEVANCE COMPLAINT
# COXSACKIE CORRECTIONAL FACILITY
## Receipt of Grievance



Grievance No.

**CX-19053-16**

Short Title ___IGRC COMPLAINT: ALLEGES VERBAL STATEMENTS___

**Date Filed:** Monday, July 25, 2016

**Name:** ___HAYES , T___    **Dept. No.:** ___05-A-3850___    **Housing Unit:** B-02-06

This notice is to infom you that your grievance has been filed with the Coxsackie Correctional Facility Grievance office. It has been assigned the title and code number listed above. This issue will be investigated, and if we are unable to come to an informal resolution you will be called down for an IGRC hearing.

If this is a code 49 Grievance, it will be sent directly to the Superintendent's office for investigation. You will be notified directly through a Superintendent Response

**From the desk of**
**T. Surprenant, Inmate Grievance Program Supervisor**

EXHIBIT D

EXHIBIT "D"

"COMPLAINT"

1 of 3

Mrs. Karen Bellamy, IGP-Director:
The Harriman State Campus Bldg #2
1220 Washington Avenue
Albany, New York 12226-2050

From: Tareeq Hayes #05A3850
Coxsackie Corr Fac / P.O Box 999
Coxsackie, NY 17051

Date: July, 13, 2016

Greetings Mrs. Bellamy,

On June, 7, 2016 I was placed on a call-out to the I.G.R.C. office. When I arrived, I was approach by a I.G.R.C. He Iarroso who was filling in for I.G.P. Supervisor B. Perins. He Iarroso told me I was there because some official in Albany called the facility about my grievance's (see attached) written on harrassment. From Superintendars. Marinoscello and D.S.S as well as the change of my program due to retaliation for filing a sexual complaint on T. Dahkie an officer in Coxsackie Corr Fac. He Iarroso played up the discuss about my grievance's but never produce my grievance's all the while assuring me that they will be docket & filed. These grievances was written on June, 11, 2016 & June, 15, 2016 yet still to be filed. These same grievance's was C.C filed and forward to acting Commissioner He Annucci, Mrs. Phyliss Harrison-Ross, MD, Chair of N.Y.S. Commission of Correction, which a response was made to he dated June 28 2016, and forward to the office of special investigations. Nontheless my grievance's here at Coxsackie Corr Fac I.G.P is still no. filed.

On, June, 12, 2016 I was placed on another

continue →

Called to be interviewed for a grievance concerning S.H.U. mail pick-up. This interview was conducted by Mr. Tarbous, Sgt. Mull and three inmate grievance reps. Before this interview took place I ask for permission to address and inquire about my grievances that have not been filed but written close to a month ago. Mr. Tarbous stated in a angry and belligerent tone "I don't care about your grievances and as far as I'm concerned any grievances complaining about the Superintendent, I would never personally file anyway..."

. Once again, this statement was stated and witness by Sgt. Mull and three inmate grievance reps. I attempted to let him know that this is in violation of D.O.C.C.S Dir 4040 and my Constitutional First Amendment Right to petition the Government for redress of grievance. Mr. Tarbous then stated, "I never seen no grievances concerning the Superintendent."

(Despite discussing it with me on July 7, 2016 (call-out to the I.G.P. office) And we think Mr. B. Perino filed it. By no coincidence Mr. Perino was in the next room, after my hearing was concluded, I ask Mr. Perino about Mr. Tarbous claim, and did he file my grievances. Mr. Perino said "I'm sure you have a CC file copy, just request it..."

Mrs. Bellamy I ask and request that a full investigation into this matter is looked at. This facility has a history of obstructing, hindering, delaying and otherwise preventing inmates from exercising procedure regulatory and Due Process Rights. Additionally Tarbous by his statements stated openly infront of the entire I.G.R.C. Committee violate the Grievance Code of Ethics and should be

(Continue →) —

3 of 3

IMPEACH FROM PARTICIPATING IN ANY GRIEVANCE'S
ACTIVITY'S IN THE FUTURE THIS MATTER SHOULD
BE INVESTIGATED FORTHWITH, AND ALL I.G.R.C.
MEMBERS PRESENT SHOULD BE REQUIRED TO SUBMIT
WRITTEN STATEMENTS AS TO VARACITY OF MY
CLAIM.

I THANK YOU AHEAD OF TIME FOR YOUR
TIME & SERVICE IN TO THIS MATTER.

RESPECTFULLY SUBMITTED

Taleer Hayes.

TAHEED HAYES  # 05A3858

CC FILE - JULY 13, 2016
ANTHONY J. ANNUCCI, ACTING COMMISSIONER
PHYLLIS HARRISON-ROSS, MD, CHAIR
THE OFFICE OF SPECIAL INVESTIGATION'S
SUPERINTENDANT.
I.G.P. SUPERVISOR

EXHIBIT E

EXHIBIT "E"

GRIEVANCE RECEIPT

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

## INMATE GRIEVANCE COMPLAINT

# COXSACKIE CORRECTIONAL FACILITY
# Receipt of Grievance



| Grievance No. |
|---|
| **CX-19054-16** |

Short Title ___LOSS OF PROGRAM___

**Date Filed:** Monday, July 25, 2016

**Name:** HAYES , T     **Dept. No.:** 05-A-3850     **Housing Unit:** B-02-06

This notice is to infom you that your grievance has been filed with the Coxsackie Correctional Facility Grievance office. It has been assigned the title and code number listed above. This issue will be investigated, and if we are unable to come to an informal resolution you will be called down for an IGRC hearing.

If this is a code 49 Grievance, it will be sent directly to the Superintendent's office for investigation. You will be notified directly through a Superintendent Response

# From the desk of
# T. Surprenant, Inmate Grievance Program Supervisor

EXHIBIT F

EXHIBIT "F"

"GRIEVANCE RECEIPT"

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

### INMATE GRIEVANCE COMPLAINT

## COXSACKIE CORRECTIONAL FACILITY

### Receipt of Grievance



Grievance No.

**CX-19094-16**

Short Title ___STAFF CONDUCT___

**Date Filed:** Tuesday, August 09, 2016

**Name:** HAYES , T    **Dept. No.:** 05-A-3850    **Housing Unit:** SHU-3-0

This notice is to infom you that your grievance has been filed with the Coxsackie Correctional Facility Grievance office. It has been assigned the title and code number listed above. This issue will be investigated, and if we are unable to come to an informal resolution you will be called down for an IGRC hearing.

If this is a code 49 Grievance, it will be sent directly to the Superintendent's office for investigation. You will be notified directly through a Superintendent Response

### From the desk of
## T. Surprenant, Inmate Grievance Program Supervisor