UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

#05A3850

TAHEEN HAYES

        PLAINTIFF,

V.

T. DAHKLE, ET.AL

        DEFENDANTS

AMENDED
COMPLAINT.
UNDER THE CIVIL RIGHTS ACT;
42 U.S.C. § 1983
# 9:16-CV-1368
(TJM/CFH)
JURY TRIAL ✓ yes ___ no

I. PARTIES IN THIS COMPLAINT:

A. PLAINTIFF: TAHEEN HAYES # 05A3850

        CLINTON CORRECTIONAL FACILITY

        P.O. Box 2000

        DANNEMORA, NY 12929

B. DEFENDANT(S)

NO.1 : T. DAHKLE

        CORRECTION OFFICER

        COXSACKIE C.F.

        11260 ROUTE 9W. BOX #200

        COXSACKIE, NEW YORK 12051-0200

NO.2 : SASON.A. MEIEZ

        CORRECTION OFFICER

        COXSACKIE C.F.

        11260 ROUTE 9W. BOX #200

        COXSACKIE, NEW YORK 12051-0200

(1)

No. 3: GREGORY E. LANGTEY
CORRECTION OFFICER
COXSACKIE C.F
11260 ROUTE.9.W. BOX #200
COXSACKIE, NEW YORK 12051-0200

No. 4: STEPHEN.A.BENCE
CORRECTION OFFICER
COXSACKIE C.F.
11260 ROUTE.9.W. BOX #200
COXSACKIE, NEW YORK 12051-0200

No. 5: E. COON
CORRECTION OFFICER
COXSACKIE C.F.
11260 ROUTE.9.W. BOX #200
COXSACKIE, NEW YORK 12051-0200

No. 6: K. HOFFMAN
CORRECTION OFFICER
COXSACKIE C.F
11260 ROUTE.9.W. BOX #200
COXSACKIE, NEW YORK 12051-0200

No. 7: RAYMOND SHANKEY
DEPUTY SUPERINIENDAN. OF SECURITY
COXSACKIE C.F.
11260 ROUTE.9.W. P.O.BOX #200
COXSACKIE, NEW YORK 12051-0200

(2)

No. 8 : DANIEL .F. MARTUSCELLO SR
        SUPERINTENDANT.
          COXSACKIE .CF
        11260 ROUTE 9.W. P.O. Box # 200
        COXSACKIE, NEW YORK 12051-0200

No. 9 : S. IAZZUSO
        ACTING INMATE GRIEVANCE SUPERVISOR
          COXSACKIE. C.F
        11260 ROUTE 9.W. P.O. Box # 200
        COXSACKIE NEW YORK 12051-0200

II. STATEMENT OF CLAIM :

A. IN WHAT INSTITUTION DID THE EVENTS RISE TO
   YOUR CLAIM(S) OCCUR ?
        IN COXSACKIE CORRECTIONAL FACILITY.

B. WHERE IN THE INSTITUTION DID THE EVENTS GIVING
   RISE TO YOUR CLAIM(S) OCCUR ?
        SERVAL DIFFERENT HOUSING Blocks IN
        COXSACKIE C.F

C. WHAT DATE AND APPROXIMATE TIME DID THE EVENTS GIVING
   RISE TO YOUR CLAIM(S) OCCUR ?
        FROM FEB. 26. 2016 TO JULY 30, 2016.

(3)

D. FACTS:

1) ON OR ABOUT APRIL 15, 2016, DURING THE 7-3 PM SHIFT AT COXSACKIE C.F. WHILE HOUSING ON D-1 GALLERY AT D1-19 CELL, CORRECTION OFFICER T. DAHLIE WAS ACTING UNDER "THE COLOR OF LAW", SUBJECTED ME TO BEING SEXUALLY ABUSED AND RETALIATED ON FROM MY FEB. 2016 GRIEVANCE/COMPLAINT ON THIS OFFICER. (GRIEVANCE # CX-18859-016)

2) ON OR AROUND ABOUT 10:30 AM T. DAHLIE BANGED ON MY CELL DOOR ORDERING ME TO STEP OUT OF THE CELL, TO SEARCH MY QUARTERS.

3) T. DAHLIE ORDERED ME TO STEP TOWARD (IN BETWEEN) 18 & 20 CELL WITH MY HANDS ON THE WALL FOR A PAT FRISK.

4) T. DAHLIE PROCEEDED TO PAT FRISK ME WHEN I NOTICE AS WELL AS FELT T. DAHLIE HAD HIS LOWER BODY (GENITALS) PRESSED-UP AGAINST MY BUTT EXTREMELY IN TIGHT PROXIMITY. AS HE CONTINUE TO PAT FRISK ME T. DAHLIE HANDS WERE PRESSING TIGHTLY DOWN MY BACK AND INTO THE CRACK OF MY BUTT (INSIDE) ALL THE WAY DOWN AND AROUND MY GROANS.

5) WHEN T. DAHLIE FELT, HE WAS SATISFIED WITH THE SEXUAL ASSUALT, HUMILIATION AND INTIMIDATION HE PROCEEDED TO SEARCH MY CELL.

6) WHILE PERFORMING THIS SEARCH, T. DAHLIE DELIBERATELY AND MALICIOUSLY THREW MY LEGAL PAPERS, CONTAINERS AND CLOTHES EVERYWHERE, THAT SOME OF THE ITEMS FELL IN THE TOILET. T. DAHLIE WAS LITERALLY DESTROYING MY LIVING

(4)

QUARTERS, ALL THE WHILE REPEATING HIS SEXUAL ADVANCES AND HARRASSMENT, MAKING STATEMENTS AS TO MY GENDER IDENTITY, SUCH AS "DO YOU CONSIDER YOURSELF A MALE OR FEMALE" OR "DO YOU SUCK DICK OR FUCK MEN".

7) ON APRIL 16, 2016, WHILE ATTENDING THE RECREATION PERIOD, IN THE YARD, I GOT ON THE FACILITY PHONE AND REPORTED THE SEXUAL ASSAULT BY T. DAHLIE TO THE P.R.E.A. HOT-LINE (#77).

8) ON APRIL 17, 2016, ~~PURPOSES~~ I MADE CONTACT WITH THE P.R.E.A HOT-LINE AGAIN AND REPORTED THE SAME INCIDENT.

9) ON APRIL 17, 2016, I FILED A FORMAL COMPLAINT WITH THE COXSACKIE C.F. GRIEVANCE DEPT. FOR THE SEXUAL ASSAULT FROM T. DAHLIE. ( ~~████████████████████~~ (GRIEVANCE'S) # CX-18859-016 AND # CX-18908-016 )

10) ON THE 18TH OF APRIL 2016, I WAS STILL AFRAID FOR MY SAFETY I REPORTED THE SEXUAL ASSAULT TO MR. MARTUSCELLO (SUPERINTEN-DANT OF COXSACKIE C.F.) WHILE HE WAS CONDUCTING ROUNDS IN THE SOUTHSIDE SECTION OF THE FACILITY CAFETIERIA.

11) I EXPLAIN TO MARTUSCELLO WHAT HAPPENED ON THE 15TH OF APRIL 2016. ~~████~~ MARTUSCELLO TOOK MY I.D CARD AND SAID "SOMEONE WILL BE COMING TO SEE YOU SOON"

12) ABOUT 30 MINUTES LATER I WAS INTERVIEWED BY SGT. DAVIS, OFFICE OF MENTAL HEALTH AND COXSACKIE C.F MEDICAL STAFF, RESPECTIVELY.

13) ON THE 9TH OF MAY 2016, I WAS BEING TRANSFERRED FROM F-2 HOUSING UNIT, TO C-1 HOUSING UNIT, WHERE T. DAHLIE WORKED THAT DAY. UPON ENTERING THE UNIT, I WAS IMMEDIATELY VERBALLY ABUSED, HUMELIATED AND THREATEN BY

T. DAHLIE. T. DAHLIE CAME FROM BEHIND THE DESK AND GOT IN MY FACE STATED TO ME" HOW MUCH DICK DID YOU SUCK TO COME BACK OVER HERE" IN A LOUD, ANGRY AND INTIMIDATING FASHION AND "DO NOT UN-PACK YOUR SHIT FAGGOT, IF I HAVE TO FUCK YOU UP MYSELF YOU'RE LEAVING THIS BLOCK. THESE STATEMENTS AND INCIDENT WAS WITNESSED AND HEARD BY T. DAHLIE FELLOW COLLEAGUES WHO WORKED THAT DAY AND THREE INMATES WHO FORTUNATELY THE OFFICE OF SPECIAL INVESTIGATION HAS THEIR NAMES AND IDENTIFICATION NUMBERS ON FILE.

14) ON THE 9TH OF MAY 2016 THAT SAME DAY AT AROUND 3:15 P.M, I WAS SUMMONED TO THE CAPTAIN OFFICE TO BE INTERVIEWED BY MARTUSCELLO AND DEPUTY SUPERINTENDANT OF SECURITY MR. RAYMOND SHANLEY FOR A COMPLAINT/LETTER ADDRESSED TO MARTUSCELLO CONCERNING MY SAFETY AT COXSACKIE C.F. WHILE I WAS SPEAKING TO MARTUSCELLO AND SHANLEY I INFORMED THE BOTH OF THEM ABOUT T. DAHLIE SEXUAL HARRASSMENTS AND PHYSICAL THREATS OF BODILY HARM TO ME THAT JUST TOOK PLACE LESS THAN 1 HOUR AGO IN CI-DIVISION.

15) MARTUSCELLO AND SHANLEY BOTH LAUGHED AT THE ME, WITH D.S.S. SHANLEY STATING "WHAT YOU WANT ME TO DO?" "I CAN'T FIRE HIM FOR THREATENING TO FUCK YOU UP." I CONTINUED TO EXPRESS MY FEAR TO MARTUSCELLO AND SHANLEY ABOUT THE RECENT COMMENTS AND HARRASMENT FROM OTHER COXSACKIE C.F. OFFICERS FOR FILING A SEXUAL COMPLAINT. MARTUSCELLO AND SHANLEY CONTINUE TO LAUGH AT ME WITH MARTUSCELLO STATING" YOU'RE JUST PARANOID! MARTUSCELLO THEN ORDERED D.S.S. SHANLEY TO PLACE ME

ON INVESTIGATION STATUS PENDING OFFICE OF SPECIAL INVESTIGATION INTERVIEW.

16) ON OR ABOUT MAY, 12, 2016 I WAS SUMMONED TO THE CAPTAIN's OFFICE TO BE INTERVIEWED BY MS. FACIEAU FROM THE OFFICE OF SPECIAL INVESTIGATION, IN WHICH I REPORTED THE SEXUAL ASSAULT AND THREATS FROM T. DAHKE AS WELL AS THE FAILURE TO PROTECT FROM MARTUSCELLO AND SHANLEY.

17) ON OR ABOUT MAY 14, 2016 WHILE HOUSING IN A-3-HOUSING UNIT T. DAHKE WORKED 3 TO 7 PM SHIFT ON A-3, WHICH I HAD TO COME IN-DIRECT CONTACT WITH EACH TIME I LEFT MY CELL FOR MESS-HALL TO EAT, RECREATION AND ALL AND ANY CALL-OUTS. T. DAHKE CONTINUED HIS SEXUAL HARRASSMENT INFRONT OF OTHER INMATES AND CORRECTION OFFICER (C.O. W. WALKER) T. DAHKE MADE INFLAMMATORY, DEROGATORY AND DEGRADING STATEMENTS ABOUT MY HAIR REFERRING TO MY DREAD-LOCKS HE CONTINUE TO HAVE A PROBLEM WITH MY CLOTHS AND SEXUAL STATEMENTS LIKE "THERE'S THE HOMO AND SNITCH" REFERRING TO THE SEXUAL COMPLAINT AND SPEAKING TO THE OFFICE OF SPECIAL INVESTIGATOR'S, AND "HOW MUCH MONEY I MADE THIS WEEK"

18) I IMMEDIATELY WROTE AND COMPLAINED TO MARTUSCELLO, SHANLEY, O.M.H AND PHYLLIS HARRISON-ROSS. M.D, MAKING A C.C. COPY TO ALL (SEE EXHIBIT A)

19) ON THE 15TH OF MAY 2016, ON THE 7-3 PM SHIFT AT COXSACKIE C.F. WHILE HOUSING ON A3-GALLERY AT A2-31-CELL, CORRECTION OFFICER K. HOFFMAN WAS ACTING UNDER "THE COLOR OF LAW" FALSIFIED A MISBEHAVIOR REPORT WHICH SUBJECTED ME TO CONFINEMENT FOR RETALIATION ( ATTACHED EXHIBIT B. MISBEHAVIOR REPORT)

(7)

20) ON THE 16TH OF MAY 2016, I WAS REMOVED FROM GENERAL POPULATION TO F-3-36 CELL KEEP-LOCK UNIT PENDING DISCIPLINARY HEARING FOR THE RETALIATORY MISBEHAVIOR REPORT WRITTEN BY K. HOFFMAN BECAUSE I FILED A SEXUAL ASSAULT COMPLAINT AGAINST T. DAHLIE AND WAS RUMORED BY COXSACKIE CORRECTIONAL OFFICER'S TO BE WORKING WITH THE OFFICE OF SPECIAL INVESTIGATION.

21) WHILE ON F-3-36 CELL, ON MAY 16TH 2016 AT AROUND 4:30PM CORRECTION OFFICER S. MEIER WAS WORKING THE 3-11PM SHIFT ALONG SIDE C.O ROWE. MY CELL-DOOR WAS OPENED AND WAS ORDERED TO COME GET MY PROPERTY. MEIER THEN GAVE ME THE SO-CALL ROUTINE SPEECH OF HIS RULES. MEIER ASK ME WHY WAS I KEEP-LOCK, I EXPLAIN THE RETALIATORY MISBEHAVIOR REPORT WRITTEN BY C.O. K. HOFFMAN. MEIER SUPRISE AND SHOCKED ME WHEN HE STATED THAT I WAS A FUCKING LAIR! THAT HE HEARD ME YELLING OUT THE WINDOW TELLING THE KIDS TO CALL THE P.R.E.A. HOT LINE. I RESPONDED THAT MEIER WAS MISTAKING BECAUSE THE INCIDENT NEVER TOOK PLACE AND THAT THIS FALSE INCIDENT WAS CREATED IN A-BLOCK NOT F-BLOCK AS MEIER FALSE ASSERTED.

22) MEIER GOT VERY UPSET AND SEEMED IGNORED BY THE FACTS THAT I RECOGNIZES HIS LYES AND POINTED OUT THE CONTRADICTIONS. MEIER THEN TOLD ME GO LOCK THE FUCK IN.

23) LATER THAT DAY AROUND 5:30-PM. - 6:00 PM ON F-3-DIVISION, ONCE AGAIN I WAS LET OUT OF MY CELL AND ORDERED TO COME TO THE FRONT OF THE COMPANY FOR A KEEPLOCK ADMISSION INTERVIEW BY R.N. BTWOHY

(8)

WHERE I WAS PUT IN A CAGE.

24) I WAS ASKED ROUTINE QUESTIONS BY R.N. BTWOHY IN THE PRESENCE OF MEIER AND C.O. ROWE. WHEN R.N. BTWOHY ASK ME WAS I EVER SEXUALLY ABUSE WHILE IN COXSACKIE? I RESPONDED "YES" AND MEIER WENT CRAZY! MEIER STARTED YELLING "FAGGOTS LIKE YOU, GET C.O'S FUCKING FIRED." YOU WANT TO PLAY THESE FUCKING GAMES"? I WAS SCARED, BUT MANAGE TO SAID "I'M TALKING TO THE NURSE, THIS IS A MEDICAL CONFIDEN-TIALITY ISSUE, WHY ARE YOU LISTENING ANY WAY. MEIER CONTINUE HIS RANT, CUSSING AND SCREAMING INFRONT OF THE NURSE AND C.O. ROWE.

25) R.N. BTWOHY TRIED TO DEFUSE MEIER ANGER, STATING SHE HAVE TO CALL A SERGENT AND GO THROUGH ALL THE MEDICAL PROCEDURES AND PROCESS. I TOLD R.N. BTWOHY THAT I WAS SEEN BY MEDICAL ALREADY ON THE 18th OF APRIL 2016, R.N. BTWOHY SAID "OH - THIS DIDN'T HAPPEN WITHIN THE LAST 48 HOURS BEING TRANSFER FROM GENERAL POPULATION TO KEEP-LOCK? I RESPONDED "NO"! R.N. BTWOHY SAID "OKAY" SO I'M FINISH (CLEARED) AND SHE QUICKLY LEFT.

26) AS SOON AS R.N. BTWOHY LEFT, MEIER OPENED THE CAGE AND STORMED IN, JUMPING IN MY FACE WITH HIS HANDS POINTED DIRECTLY IN MY FACE YELLING "YOU WANT TO FUCKING PLAY THESE GAMES? FAGGOTS LIKE YOU GET C.O'S FIRED SO-ON / SO-ON, MEIER WAS SO OUT OF CONTROL THAT SPIT WAS FLYING ALL OVER MY FACE.

27) MEIER THEN THREATEN ME SAYING "HE SHOULD FUCK ME UP RIGHT NOW", "SAY SOMETHING" I (HE) WILL FUCK ME UP RIGHT NOW". SCARE FOR MY LIFE, I REMAINED SILENT.

(9)

MEIER THEN YELLED " LOCKED THE FUCK IN.

28) I COMPLIED WITH MEIER ORDER TO LOCK IN. ABOUT
30 MINUTES LATER I WAS THINKIN ABOUT WHAT MEIER SAID
HE WOULD DO TO ME , THE THREATS OF PHYSICAL HARM AND BEGIN
TO FEAR FOR MY SAFETY.

29) I BEGIN TO KICK ON THE CELL DOOR TO GARNER ATTENTION
FROM A SUPERIOR OFFICER / SERGEANT ON DUTY. C.O. ROWE
IMMEDIATELY CAME TO MY CELL AND ASK'S WHATS THE PROBLEM?
I STATED THAT I WANT TO SEE A SERGEANT, THAT I FEEL
THREATEN d FEAR FOR MY LIFE AROUND MEIER. THIS EXCHANGE
WENT ON FOR ABOUT 20 MINUTES AND I NEVER SEEN A SERGEANT.
MEIER INSTEAD WROTE ME A MISBEHAVIOR REPORT OF
FASIFIED CHARGES.

30) ON MAY 17, 2016 I WAS ESCORTED TO THE SPECIAL
HOUSING UNIT ON VIDEO CAMERA, ORDERED BY A Lt.
BECAUSE I REFUSE TO CLOSE MY FEED-UP HATCH REQUESTING TO GO
TO S.H.U BECAUSE I WAS TIRED OF ALL THE RETALIATION AND DIDN'T
FEEL SAFE ON F-3-DIVISION.

31) ON THE 17th OF MAY, 2016 AROUND 10:00 AM WHILE IN S.H.U, I
RECEIVED A MISBEHAVIOR REPORT WRITTEN BY MEIER, FABRICATING
AND OVER-EXAGGERATING WITH 4 CHARGES.

32) ON OR ABOUT 23th OF MAY, WHILE IN S.H.U, SUPERINTENDANT
MARINSCELLO AND D.S.S SHANLEY MADE ROUND'S IN S.H.U,
I STOP THE BOTH OF THEM AND ONCE AGAIN EXPRESS MY SAFETY
d0 d FEAR FOR LIFE. I TOLD d SHOWED SHANLEY THE FALSE
MISBEHAVIOR REPORT FROM C.O. HOFFMAN AND EXPLAINED THE
INCIDENTS d THREATS FROM C.O. MEIER. MARINSCELLO AND
SHANLEY LISTEN TO ME BUT SAID I SHOULD HANDLE
(10)

MY PROBLEMS AT THE DISCIPLINARY HEARING. BOTH
CONTINUE TO LAUGH AND JOKE AS IF MY LIFE AND
WHATS OCCURRING IN COXSACKIE WAS A GAME, I
ASK TO BE MOVED OUT OF THE FACILITY AND MARTUSCELLO
STATED "PRISON IS PRISON" WHAT YOU DON'T LIKE MY
PRISON. ALL OF THIS WAS CAUGHT ON VIDEO TAPE IN
FRONT OF 4 CELL IN S.H.W.

33) ON THE 24TH OF MAY 2016 I WAS CALLED FOR MY TIER III
SUPERINTENDANT HEARING WHICH WAS CONDUCTED BY COMMISSIONER
HEARING OFFICER, MR. BRACCINNI. I PLEADED NOT GUILTY TO ALL
CHARGES, HOWEVER ADMITTED TO KICKING ON THE CELL DOOR TO GARNER
ATTENTION FROM SUPERIOR OFFICER TO REPORT THE THREATS AND
RETALIATION FROM MEIER.

34) I REPORTED AND RECITED MY ENCOUNTER WITH MEIER
TO MR. BRACCINNI AS WELL AS REQUESTED SERVAL INMATE
WITNESSES INCLUDING C.O. ROWE AND R.N. BTWOHY.
DUE TO THE TESTIMONY OF OUR INMATE WITNESS AND R.N. BTWOHY
CONFIRMING MY VERSION OF WHAT HAPPEN, I WAS FOUND NOT
GUILTY OF THREATS AND VIOLENT CONDUCT, HOWEVER GUILTY OF
DIRECT ORDER & CREATING A DISTURBANCE FOR KICKING ON THE
GATE TRYING TO SEEK HELP TO GET AWAY FROM C.O. MEIER.

35) ON OR AROUND MAY 24, I RECEIVED LEGAL MAIL FROM
COMMISSION OF CORRECTIONS, MRS. PHYLLIS HARRISON-ROSS M.D,
IN RESPONSE TO MY COMPLAINTS OF THE CONSTANT RETALIATION
IN COXSACKIE C.F AND FOR THE FAILURE TO PROTECT BY
SUPERINTENDANT MARTUSCELLO AND D.S.S. SHANLEY. THESE COMPLAINTS
WAS ALSO FORWARD TO MARTUSCELLO AND SHANLEY AND
( ~~SEE ATTACHED EXHIBIT C~~ )

NEITHER OF THEM REPLY, ONLY COMMISSION OF CORRECTION
(SEE ATTACHED EXHIBIT C )

36) ON THE 26th OF MAY 2016 I FILED A FORMAL COMPLAINT
WITH THE COXSACKIE GRIEVANCE DEPT, AND SENT A COPY TO
SUPERINTENDENT MARTINSCELLO FOR THE CONSTANT RETALIATORY
PRACTICES BY WAY OF DISCIPLINARY ACTION ⬤⬤⬤ AND
HARRASMENT FROM C.O HOFFMAN, THREATS FROM C.O METER FOR
FILING GRIEVANCES AND A SEXUAL COMPLAINT ON DAHKIE.
I ALSO RAISE THE ISSUE OF THE FAILURE TO PROTECT AND
HOW I'M SCARE FOR MY WIFE (GRIEVANCE # CX 18993-016 )(AND
SEE ATTACHED EXHIBITS D      )

37) ON JUNE 10, 2016 I WAS RELEASE FROM S.HW AND STILL
HAVING BEEN SEEN TO A DISCIPLINARY HEARING FOR
THE RETALIATION MISBEHAVIOR REPORT FROM C.O. K HOFFMAN,
MY O.R.C (COUNSELOR) WROTE ME IN STATED IT NO LONGER
EXIST AND THAT SHE WAS INCONTACT WITH SUPERINTENDANT
MARTINSCELLO ABOUT MY SITUATION, TO REMAIN CALM EVERY-
THING WILL BE OKAY (SEE ATTACHED EXHIBIT E  )

38) ON THE 10th OF 2016 WHILE HOUSED ON C2-DIVISION
AN UNKNOWN CORRECTION OFFICER TOLD ME I'M NO-LONGER A
MESSHALL WORKER (MY JOB(PROGRAM) PER D.SS SHANLEY.
I  IMMEDIATELY FILED A FORMAL COMPLAINT WITH COXSACKIE
GRIEVANCE DEPT. FOR MY MESS-HALL PROGRAM BEING REVOKED
WITHOUT AND MISBEHAVIOR REPORT, COUNSEL REPRIMAND FROM
PROGRAM NOR ANY PROBLEMS WITH PROGRAM STAFF,
(GRIEVANCE # CX 19054-016 ) AND SENT ONE COPY TO MARTINSCELLO.
( GRIEVANCE # CX-19054-016 )

(12)

39) ON JUNE 11, 2016 WHILE ATTENDING RECREATION, I WAS SUMMONS TO THE CAPTAIN OFFICE TO BE INTERVIED BY MARINSCELLO AND D.S.S. SHANLEY. WHEN I ARRIVED IN THE OFFICE, MARINSCELLO STARTED YELLING AT ME ABOUT ALL MY COMPLAINTS TO OUT-SIDE AGENCIES COMPLAINING ABOUT THE SEXUAL ABUSE FROM C.O.T. DAHLIE AND RETALIATION FROM CORRECTIONAL STAFF. MARINSCELLO TOLD ME THAT "HE WAS THE BIG SHOT AROUND HERE AND WHAT HE SAID GO's", THAT THE BUCK STOPS WITH HIM. D.S.S. HEARING ALL THIS ADDED HIS IN-PUT BY LETTING ME KNOW THAT HE WAS THE DEPUTY SUPERINTENDANT OF SECURITY AND IF I CONTINUE TO COMPLAIN, ANYTHING CAN HAPPEN TO ME ONCE HE USE "SECURITY REASONS" THAT WAS AS GOOD AS LAW!

40) I REMINDED MARINSCELLO AND SHANLEY THAT I AM ONLY COMPLAINING BECAUSE OF ALL THE RETALIATION AND THREATS ALONG SIDE OF FALSE MISBEHAVIOR REPORTS I HAVE BEEN RECEIVING.

41) MARINSCELLO CONTINUED HIS BULLYING BY REMINDING ME OF THE DEFERRED S.H.U TIME OVER MY HEAD FROM THE DISCIPLINARY SANCTIONS IMPOSED ON ME, IMPLYING THAT IF I CONTINUE TO MAKE A ISSUE, HE WILL SET ME UP AND PUT ME BACK IN SPECIAL HOUSING UNIT.

42) ON THE 15TH OF JUNE 2016, I FILED ANOTHER FORMAL COMPLAINT ABOUT THAT MEETING WITH SUPERINTENDANT AND D.SS AS WELL AS A COMPLAINT WITH THE ACTING COMMISSIONER OF D.O.C.C.S MR. ANTHONY J. ANNUCCI FOR SEXUAL ABUSE, THREATS, HARRASMENT AND RETALIATORY PRACTICES BY WAY OF

Disciplinary actions and Program changes from C.O's, Martuscello, and Shanley. I ask that the complaint be investigated by Albany officials, because I repeatedly tried to reason with Martuscello and Shanley but they refuse to help me (see attached exhibit F)

43) on June, 20, 2016 I was moved to B-2 division 6 cell, C.O. Hoffman who wrote the false misbehavior report on May 15, 2016 was waiting for me on the gallery. When I approach my cell, Hoffman stated "don't get comfortable Hayes, you'll be out of here soon. I ask Hoffman what did I ever do to you and Hoffman responded "you mess with one of us (C.O's) you got to deal with all of us.

44) on the 24th of June 2016, I filed a New York civil service law, section 75. I served a copy to D.O.C.C.s acting commissioner, the office of special investigation, and superintendent Martuscello and many other New York state and city officials (see attached exhibit G)

45) on the 7th of July 2016 I was placed on a call-out to inmate grievance office, and was greeted by Iarrusso who was acting as inmate grievance program supervisor. Iarrusso told me that he placed me on the call-out because some higher-up official in Albany was investigating and wanted to know about my grievance's written on Martuscello, Shanley, Hoffman and the sexual abuse complaints on Dankie. I discussed everything with Iarrusso letting him know everything from Feb. 26. 2016 to the date of our conversation July 7. 2016.

(14)

46) IARRUSO TOLD ME MAYBE IF I STOP FILING GRIEVANCE'S THEN MAYBE ALL OF THIS WOULD GO AWAY. I TOLD IARRUSO THAT I HAD A CONSTITUTIONAL RIGHT TO REDRESS THE GOVERNMENT AND SHOULDN'T HAVE TO BE SUBJECTED TO RETALIATION BECAUSE OF IT. IARRUSO LAUGHED AND RESPONDED " YOU MUST DON'T KNOW HOW COXSACKIE RUN'S. I ASK IARRUSO, WHY IS IT THAT THE ACTING COMMISSIONER MR. ANNUCCI AND MRS. HARRISON-ROSS, MD, CHAIR OF N.Y.S. COMMISSION OF CORRECTION ALREADY HAVE AND RESPONDED TO MY COMPLAINTS AND C.C. FILE GRIEVANCE'S BUT HE DIDN'T YET. IARRUSO JUST SHRUGGED HIS SHOULDER'S AND SAID " DON'T WORRY WE'LL TAKE CARE OF IT.

47) LATER THAT DAY ABOUT 30 MINUTES OR MORE ON JULY 7TH 2016, C.O HOFFMAN BANGED ON MY CELL-DOOR AND SAID " HAYES I JUST SEEN THE CAPTAIN ABOUT YOUR GRIEVANCE," YOU WON'T FUCKING QUIT COMPLAINING RIGHT, WELL THE MISBEHAVIOR REPORT DON'T EXIST, REFFERING TO THE FALSE MISBEHAVIOR REPORT HE WROTE ME ON MAY, 15 2016. C.O HOFFMAN CONTINUE TO HARRASS ME FOR ABOUT 5 MINUTE'S THEN SAID OH-YEAH DANKIE SAID HI! THEN HE LEAVE MY CELL.

48) ON JULY 12TH 2016, I WAS PLACED ON ANOTHER CALL-OUT TO THE INMATE GRIEVANCE PROGRAM FOR A GRIEVANCE CONCERNING S.H.U. MAIL-PICK-UP. THIS GRIEVANCE HEARING WAS CONDUCTED BY ACTING SUPERVISOR IARRUSO, SERGEANT MWIR AND THREE GRIEVANT REPRESENTIVES. BEFORE THIS HEARING COMMENCE, I ASK FOR PERMISSION TO ADDRESS

AND INQUIRE ABOUT MY GRIEVANCES ON SUPT. MARTUSCELLO AND D.S.S. SHANLEY THAT HAVE NOT YET BEEN FILED BUT WRITTEN OVER A MONTH AGO.

49). IARRUSO WAS THE ONLY PERSON TO RESPOND AND DID SO BY STATING IN A ANGRY AND BELLIGERENT TONE "I DON'T CARE ABOUT YOUR GRIEVANCE, "YES" I THREW THEM AWAY, AND AS FAR AS I'M CONCERNED ANY GRIEVANCE'S ABOUT THE SUPERINTENDANT I WOULD NEVER PERSONALLY FILE ANYWAY."

50) IARRUSO STATED THIS CLAIM, THAT HE THREW MY GRIEVANCE AWAY INFRON OF THE WHOLE I.G.R.C MEMBER'S AND SERGEANT. I ATTEMPTED TO LET IARRUSO KNOW THAT HIS ACTIONS WAS IN VIOLATION OF D.O.C.C.S DIR# 4040 AND AGAINST MY CONSTITUTIONAL FIRST AND FOURTEEN AMENDENT RIGHT AND HIS ACTION ARE ONLY CONTINUING A RETALIATORY PRACTICE FOR MY GRIEVANCE'S WRITTEN ON COXSACKIE ADMINASTRATION AND CORRECTION OFFICER'S THAT HE WAS INFORMED BY ALBANY TO FILE MY GRIEVANCE'S AND YET HE REFUSE TO DO SO WITH PREJUDICE.

51) ON THE 13TH OF JULY 2016, I FILED A FORMAL COMPLAINT ADDRESSED TO KAREN BELLAMY INMATE GRIEVANCE PROGRAM, DIRECTOR REQUESTING A FULL INVESTIGATION INTO MY CLAIMS OF IARRUSO MISCONDUCT AND RETALIATION (SEE ATTACHED EXHIBIT H )

52) ON THE 18TH OF JULY, I FILED A FORMAL COMPLAINT WITH THE COXSACKIE C.F. GRIEVANCE DEPT, DESCRIBING IARRUSO MISCONDUCT AND RETALIATION, REQUESTING A FULL INVESTIGATION AND THAT ALL PARITES THERE TO SUBMIT WRITTEN STATEMENTS AS TO VARACITY OF MY CLAIMS. GRIEVANCE # CX-19053-16

53) ON THE 30TH OF JULY, 2016, I WAS RETURNING FROM A VISIT WITH MY WIFE. I WAS BEING ESCORTED BACK TO MY HOUSING UNIT F-3 DIVISION UNDER KEEP-LOCK STATUS FOR ANOTHER TRUMP-UP MISBEHAVIOR REPORT THAT I DIDN'T GET. NO DISCIPLINARY HEARING FOR AGAIN BUT FOR RETALIATION (GRIEVANCE #CX-19095-016/SEE ATTACHED EXHIBIT I )

54) I KNOCKED ON THE DOOR OF F-3 WHEN C.O MEIER OPENED UP THE DOOR WITH A DEROGATORY STATEMENT, CALLING ME A FAGGOT.

55) I WAS TOLD TO ENTER THE BLOCK AND TAKE IT TO MY CELL. I STARTED TO WALK DOWN THE COMPANY WITH MY HANDS IN MY POCKET, WHEN LESS THEN 20 STEP'S, I WAS BEAR HUGGED FROM THE BACK, LOCKING MY ARMS TO THE SIDE OF MY WAIST, LIFTED IN THE AIR AND SLAMMED ON MY FACE BY MEIER.

56) I WAS SENT UNCONSCIOUS AND DAZE LAYING IN EXTREME PAIN, MEIER JUMPED ON MY BACK AND REPEATEDLY PUNCHED ME WITH CLOSE FIST TO MY BACK, HEAD, SIDE OF FACE AND NECK AREA.

57) C.O LANGTRY RAN DOWN AND STARTED TO STOMP ON MY HEAD REPEATEDLY, WHEN THE RESPONSE TEAM, C.O BENCE, C.O COON AND UNKNOWN OFFICER'S ARRIVED. I WAS BEING BEATING AND STOMP AND ALL CO'S CONTINUE NOW TO KICK ME, STOMP ME AND PUNCH ME ALL OVER MY BODY AS I LAYED HAND-CUFFED AND DEFENSIVELESS ON THE FLOOR.

[ 17 ]

59) C.O. MEIER CONTINUE TO ASSAULT ME BY TWISTING MY WRIST WHILE IN HAND-CUFFS STATING "I SHOULD FUCKING BREAK THIS SHIT" AFTER WHAT SEEM LIKE FOREVER LAYING THERE GETTING BEAT-UP, I WAS LIFTED IN THE AIR BY THE HAND-CUFF'S STILL RESTRAINED BEHIND MY BACK AND THROWN BODY AND FACE FIRST INTO THE WALL, MY BODY AND FACE VIOLENTLY BOUNCED OFF THE CONCRET WALL AND MEIER GRABBED THE BACK OF MY HEAD TIGHTLY HOLDING MY DREAD-LOCKS AND SLAMMED MY FACE INTO THE CONCRETE WALL SCREAMING "STAY THE FUCK ON THE WALL".

59) I WAS DAMN-NEAR KNOCKED-OUT, AND FELT MY FACE SPLIT AND BLOOD RUSH DOWN MY FACE INTO MY EYE'S, MOUTH AND DOWN MY NECK AND CLOTHS. I WAS CONTINUOUSLY ASSAULTED BY C.O. LANGTRY, C.O. COON, C.O. BENCE AND UNKNOWN RESPONSE TEAM C.O's WITH KNEES POUNDED INTO MY LEGS, AND THIGHS, WITH SHOT AND HARD PUNCHES TO MY ARMS, BACK AND RIBS.

60) I WAS THEN ESCORTED TO THE FACILITY MEDICAL UNIT WHERE I WAS RUSH TO THE OUTSIDE ALBANY MEDICAL HOSPITAL FOR STITCHES TO MY RIGHT EYE, BLURRED VISION, LOSS OF CONSCIOUSNESS AND EXTREME PAIN TO MY LOWER BACK. (SEE ATTACHED EXHIBIT J )

GRIEVANCE # CX-19094-16

III) INJURIES:

I HAVE SUFFERED EXTREME PAIN TO MY ~~SURGERY~~ LOWER BACK WHICH NEED SURGERY. STITCHES TO MY RIGHT EYE, DAMAGE TO MY RIGHT EYE WITH BLURRED VISION AND IN / OUT BLACKNESS.

(18)

IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

DID YOU FILE A GRIEVANCE IN THE FACILITY WHERE
YOUR CLAIMS OCCUR   YES ✓

WHERE DID YOU FILE THE GRIEVANCE?
     COXSACKIE CORR. FAC.

I APPEAL TO SUPERINTENDANT THEN TO C.O.RC.

V. PREVIOUS LAWSUITS

A) HAVE YOU EVER FILED ANY OTHER LAWSUITS IN ANY STATE
AND FEDERAL COURT RELATING TO YOUR IMPRISONMENT.
✓ YES      NO ___
          PLAINTIFF  TAHEED HAYES
          DEFENDANT  STATE OF NEW YORK
B) COURT (IF FEDERAL COURT, NAME DISTRICT, IF STATE NAME COUNTY)
     CHUMEDE
C) DOCKET NUMBER  DON'T RECALL
D) NAME OF JUDGE TO WHOM CASE WAS ASSIGNED:  DON'T RECALL
E) DISPOSITION (DISMISSED? ON APPEAL? CURRENTLY PENDING?) DISMISSED
F) DATE OF FILING PRIOR LAWSUIT:  JUNE 2009
G) DATE OF DISPOSITION:  OCT. 2013

[19]

# VI:   Cause of Actions

## First Cause of Action:

Excessive Force And Sexual Abuse In Violation of Plaintiff, Eighth Amendment rights To Be Free From Cruel And Unusual Punishment And Sexual Abuse.

## Second Cause of Action:

Retaliation In Violations of Plaintiff First Amendment Right To Seek Redress Without Retaliation For Doing So.

## Third Cause of Action:

Denied Access To Courts In Violations of Plaintiff First, Sixth, And Fourteenth Amendment Rights.

# VII:   Prayer For Relief

Wherefore, Plaintiff Request That This Court Grant The Following Relief: Compensatory Damages In The Amount of $3,000,000 Three million dollars And Punitive Damages In The Amount Of $20,000 twenty Thousand dollars From Each Defendant And For Audio And Visual Surveillance (Body Camera's) on And Through out Coxsackie Corr Fac To Stop Customary Abuse.

(20)

I DECLARE UNDER PENALTY THAT THE
FOREGOING IS TRUE AND CORRECT.

DATED: DECEMBER 21, 2016

CC. FILE TAHEEN HAYES #05A3850
     CLINTON CORR. FAC
     P.O. BOX 2002
DANNEMORA, NY 12929

                        RESPECTFULLY SUBMITTED
                        Taleu Heeefs. pro'se
                        SIGNATURE OF PLAINTIFF

(21)