**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

TO: Sgt Ramze
FROM: CO Robie
DATE: 5/17/16
SUBJECT: Inmate Hayes 05A 3850

Inmates [redacted], Inmate [redacted], Inmate [redacted], Inmate [redacted] said that Inmate Hayes was telling them how to talk to PREA and create a law suit against CO's for sexual assaults on inmates. He was also telling the Tier this.

Respectfully Submitted
C.O. D Robie
CO B. James

Coxsackie Correctional Facility, 11260 Route 9W, P.O. Box 200, Coxsackie, NY 12051-0200 | (518) 731-2781 | www.doccs.ny.gov

DEF0700



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

**TO:** Lt Chamberlin

**FROM:** Sgt. Davidson

**DATE:** 4-18-16

**SUBJECT:** Inmate Hayes, 05A3850

Sir:
Per orders from Captain Martin on 4-18-16 I notified you of a possible sexual abuse of inmate Hayes, 05A3850 reported to him by Superintendent Martuscello. At 11:55am I went to D-1 division and interviewed inmate Hayes about his claims of alleged abuse. He told me that Officer Dahlke had done a pat frisk on him before a cell search and had allegedly touched his groin and butt on the outside of his clothes during the frisk. He also told me that Officer Dahlke had said sexual things to him during the cell search. He told me he had also called #77 and left a message when working in the mess hall. Inmate was asked by me if there was any kind of sexual contact or abuse done. The inmate replied no just the way the pat frisk was being done by Officer Dahlke. At this time I notified the Lt. of this and he told me that it is not sexual abuse per osi only harassment. I was then directed to take the inmate to see omh and medical. A 3150 form was also done by me on inmate Hayes. LMSW 2 Forbes interviewed inmate Hayes with no concerns found. Inmate was then taken to medical and seen by RN Cornelson who found no injuries and none reported to him by the inmate. Inmate now placed back in his cell. I interview Officer Dahlke on 4-19-16 about this matter and he told me that on 4-15-16 he did a ▇▇▇ cell search on d-1-19 cell approved ▇▇▇ by the DSS. He told me that he opened 19 cell and had inmate Hayes step out and then he performed a pat frisk on the inmate without incident. Then he searched the cell with no contraband found. When the search was done the inmate was placed back in the cell without incident. At no time did Officer Dahlke say anything to the inmate about his sexual orientation or say any sexual slurs to him, memo enclosed. During my investigation of this matter it was found that inmate Hayes was given a misbehavior report by Officer Dahlke on 2-26-16 for direct order and threats. So at this point there was a grievance, cx-18859-16 filed by inmate Hayes on Officer Dahlke. The findings of this grievance were retaliation for the misbehavior report written by Officer Dahlke. See memo enclosed.

Coxsackie Correctional Facility, 11260 Route 9W, P.O. Box 200, Coxsackie, NY 12051-0200 | (518) 731-2781 | www.doccs.ny.gov

DEF0701



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

TO: T. Chamberlain, Lieutenant

FROM: R. Hotaling, Sergeant

DATE: 15 March, 2016

SUBJECT: Inmate Hayes 05A3850, Grievance CX-18859-16

Sir,

On the above date at approximately 8:30AM, I (Sgt. Hotaling) interviewed Officer Dahlke (C1 Block Officer) who was the officer in question regarding this grievance. Officer Dahlke told me that he gave inmate Hayes 05A3850 a direct order to tie back his hair due to it being too long. Inmate Hayes then became argumentative with officer Dahlke, trying to challenge the officer, as can clearly be seen within the contents of the grievance submitted by this inmate. Officer Dahlke then stated that inmate Hayes argumentative attitude escalated into this inmate threatening Officer Dahlke. Officer Dahlke wrote this inmate a misbehavior report which resulted in this inmate getting keep-locked. Officer Dahlke also stated to me that at no time did he tell this inmate not to come out of his cell, scream at him, harass him or tell him to cut off his dreadlocks (see attached).

At approximately 6:00PM, I interviewed inmate Hayes regarding this grievance. I explained to inmate Hayes that protocol is for inmates to follow orders given by staff without question or argument and to file a grievance later if they feel that order was unjust. Inmate Hayes did not follow this protocol I asked Hayes where he wanted to go with this grievance now. He replied, "Just let it run its course." I then asked Hayes if he ever in the past had any issues with Officer Dahlke or any officers at Coxsackie. Hayes replied, "No and I haven't and any problems since that day." I then dismissed Hayes and he reported to his school call-out without incident.

Based on my investigation into this grievance, I find that there is no evidence to support this inmate's allegations nor do I believe Officer Dahlke acted in an inappropriate manner when dealing with inmate Hayes. Also, inmate Hayes could not provide me with any witnesses to any of his allegations in this grievance.

I can only conclude that inmate Hayes received a misbehavior report on the date in question which resulted in him being keep-locked and now he is attempting to retaliate against Officer Dahlke for this. Due to this, I am recommending this grievance be dismissed.

Respectfully Submitted,

R. Hotaling, Sergeant

---

Coxsackie Correctional Facility, 11260 Route 9W, P.O. Box 200, Coxsackie, NY 12051-0200 | (518) 731-2781 | www.doccs.ny.gov

DEF0702



**Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

TO: Sgt. Davidson
FROM: CO. T. Dahlke
DATE: 4/19/16
SUBJECT: Inmate Hayes 05A3850

Sir,
On 4/15/16 I conducted a daily ▓▓▓ cell search approved by the DSS on D-1-19 cell for Inmate Hayes 05A3850. Upon opening inmate Hayes cell door I ordered him to step out of his cell to be pat frisked and advised him that I would be searching his cell. I conducted a normal pat frisk and found no contraband on his person. I then ordered him to stand on the adjacent wall to observe his cell being searched. I then conducted a normal cell search and no contraband was found in his cell. Inmate Hayes was returned to his cell upon completion of his cell search without any further incident. At no time were any sexual slurs or derogatory statements used.

Respectfully Submitted
CO. T. Dahlke



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

**TO:** Watch Commander

**FROM:** B. Perino   I.G.P. Supervisor

**DATE:** 4/19/16

**SUBJECT:** PREA Grievance

On the morning of 4/19/16 I received a grievance from Inmate Hayes, T. 05A3850 who is located in D-1-19 cell. This grievance was a code 50 Miscellaneous. The allegations contained within the grievance are Sexual in nature, and therefore must be investigated under PREA guidelines. Per Directive 4040, I am reporting this grievance to the watch commander for further handling. I have enclosed a copy of the grievance for your review. This grievance has been closed on the IGRC level, and requires no further response to this office.

Coxsackie Correctional Facility, 11260 Route 9W, P.O. Box 200, Coxsackie, NY 12051-0200 | (518) 731-2781 | www.doccs.ny.gov

DEF0704

TO: MRS. R. [PAQUETTE?]
FROM: TAHEEN HAYES II 05A3850
CELL: D-1-19
DATE: APRIL-16-2016

GREETINGS MRS. PAQUETTE

I AM WRITING TO YOU ON A VERY SERIOUS MATTER. I DIDN'T WANT TO OUT OF FEAR, SHAME & EVERYTHING YOU HAVE BEEN WORKING WITH ME ON CONCERNING ME GETTING MARRIED THIS MONTH, HOWEVER I CAN'T & REFUSE TO LET THIS GO BECAUSE I FEEL VIOLATED & IF I DON'T SAY ANYTHING NOW IT WILL HAPPEN AGAIN TO ME OR SOMEONE ELSE IF NOT DONE ALREADY. I WAS TARGETED & SEXUALLY TOUCHED & VERBALLY SEXUALLY HARRASSED BY AN OFFICER C.O. T. DAHIKE BECAUSE OF A GRIEVANCE I WROTE AND BE HE FEEL/FELT HE CAN GET AWAY WITH IT. HE THEN TRASHED MY CELL WHILE SEARCHING/DESTROYING IT. I HAVE TRY TO CALL THE SEXUAL HOT-LINE & RECIEVED NO ANSWER & ASK MY FINANCEE TO KEEP TRYING OVER THE WEEKEND. I DON'T KNOW WHAT TO DO. MY CELL IS IN TOTAL DISARRAY, I CAN NOT SLEEP I DON'T KNOW IF (HE) C.O. DAHIKE WILL BE BACK TODAY I DON'T KNOW WHAT TO EXPECT. CAN YOU PLEASE COME SEE ME WHEN THIS IS READ. THANK YOU.

CC: FILE SUPERINTENDENT
    ANDREW M. CUOMO
    OFFICE OF THE INSPECTOR GENERAL

RESPECTFULLY
[signature] Tahin Hayes

DEF0705

50   PREA

CX-18908-16

C.O. IGRC                           1 OF 2

FROM: TAHEEN HAYES #05A3850
CELL: D-1-19
DATE: APRIL-17-2016

DESCRIPTION OF PROBLEM: ON APRIL-15-2016 (I) TAHEEN HAYES WAS IN MY CELL WHEN C.O. T. DAHIKE BANGED ON MY CELL DOOR ORDERING ME TO STEP OUT FOR A CELL SEARCH. WHEN I STEP OUT OF MY CELL, C.O. T. DAHIKE TOLD ME TO STEP TOWARD (BETWEEN) 18 & 20 CELL WITH MY HANDS ON THE WALL FOR A PAT FRISK. AS THE C.O WAS FRISK ME I NOTICE/FELT HE HAD HIS LOWER BODY GENITLE AREA ON MY BUTT PRESS VERY HARD. AS HE PAT FRISK WAS BEING DONE AND WORKING HIS WAY DOWN HE ROUGHLY AND FIRMLY SLIDE HIS HAND OR FINGERS DOWN THE INSIDE CRACK OF MY BUTT DOWN TO MY BALLS. C.O THEN TOLD ME TO TURN AROUND PUT MY BACK TO THE WALL & DON'T MOVE. THIS PAT FRISK WAS A DISGUISE FOR A SEXUAL ASSUALT AND IN DIRECT VOILATION OF D.O.C.C.S DIRECTIVES #4027A AND #4028A. C.O DAHIKE UPON DESTROYING NOT SEARCHING MY CELL ACCORDING TO D.O.C.C.S DIRECTIVE #49.10 & 49.10A. HE CONTINUINLY HARRASSED AND SEXUAL HARRASSED ME WITH QUESTIONS OF MY SEXUAL ORIENTATION AS " DO I CONSIDER MYSELF A MALE OR FEMALE" AN " DO I SUCK DICK OR FUCK MEN.

ACTION'S REQUESTED: I ASK THAT THIS INCIDENT IS THOROUGHLY INVESTIGATED BY SUPERINTENDENT, D.S.S, I.G AND ALBANY. THAT C.O T. DAHIKE ANSWER FOR HIS PERSONAL CONDUCT WHICH IS

NEXT PAGE-

2 of 2

CONTINUE FROM PAGE #1
OF ACTION'S REQUESTED!

IN VOILATION OF CONDUCT AND ACTIVITIES OF EMPLOYEES RULE (102.1) AN EMPLOYEE SHALL NOT KNOWINGLY OR WILLINGLY VOILATE ANY LAW OR ORDINANCE OF THE UNITED STATES OR THE STATE OF NEW YORK OR ANY RULE OR REGULATION OF THE DEPARTMENT. THAT C.O. DAHLKE ACTIONS BE INVESTIGED UP TO THE LEGAL STANDARDS OF THE D.O.C.C.S GENERAL RULES FOR FACILITY EMPLOYEE'S AS WELL AS FOR HIS MISCONDUCT & SEXUAL INTENTIONS AND DISREGARD OF THE N.Y.'S D.O.C.C.S SEXUAL ABUSE LAWS.

FURTHER I ASK AND REQUEST THAT C.O. DAHLKE BE ORDER AND SUBMITTED TO A PHYSICAL AND PSYCHIATRIC EXAMINATION UNDER EMPLOYEE GUIDE-LINE'S (SECTION 4) # 4.1 FITNESS FOR DUTY.

I ASK THAT NO FORM OF RETALIATION, HARASSMENT, FURTHER SEXUAL ABUSE, BODY HARM, SEARCHES OR UN-JUST PUNISHMENT IS DIRECTED TOWARDS MY PERSON FOR ASSERTING MY RIGHT TO WRITE THIS GRIEVANCE BY C.O.T. DAHLKE OR ANY OTHER FACILITY STAFF. THAT NO INTIMIDATION OR DETTERANCE'S IS USE AS A MEANS TO FILE THIS GRIEVANCE IN ACCORDANCE WITH DIR. 4040, 4041 AND TITLE 7.89 OF NYCRR.

SIGNED Jaleen Hugs                  APRIL-17-2016
                                    DATE
        [signature]                  4/19/2016
GRIEVANCE CLERK RECEIPT             DATE

CC. FILE:
SUPERINTENDENT:
THOMAS A. BEILEIN

FORM 3150 (12/14)   STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
# DOCCS - MENTAL HEALTH REFERRAL

This form may be completed by any employee to request mental health services for an inmate. **Please press hard - you are making four (4) copies.**

INMATE NAME: Hayes, Taheer   DATE: 4-18-16
DIN: 05A3850   FACILITY: Cox   CELL LOCATION: D-1-H   TIME: 12:00   AM / **PM**
REFERRED BY: Davidson   TITLE: Sgt   EXT.: #12

1. Refer to the checklist below and check each item which applies for the inmate. Please be as complete and accurate as possible.

| (COLUMN A) IMMEDIATE PHONE REFERRAL | | (COLUMN B) REGULAR REFERRAL | |
|---|---|---|---|
| **KNOWLEDGE OF BASIC FACTS**<br>Does not know:<br>☐ Own name<br>☐ Where he/she is<br>☐ Day of week<br>**POSSIBLE SUICIDE RISK**<br>Talks about or writes:<br>☐ Feeling hopeless<br>☐ Giving up<br>☐ Feeling helpless<br>☐ Being worthless<br>☐ Life not being worthwhile<br>☐ Killing self<br>☐ Cutting self<br>☐ Hanging self<br>☐ Overdosing<br>☐ Swallowing foreign objects<br>☐ Starting fires<br>☐ Harming self in other ways<br>**SELF HARM BEHAVIOR**<br>☐ Cutting self<br>☐ Hanging self<br>☐ Overdosing<br>☐ Swallowing foreign objects<br>☐ Starting fires<br>☐ Harming self in other ways<br>☐ Banging head<br>**OTHER**<br>☐ Please describe reason in comment section | **NON-VERBAL /UNUSUAL BEHAVIORS**<br>☐ Repeats same actions with no apparent purpose<br>☐ Engages in strange or unusual behavior<br>☐ Appears nervous very frequently<br>☐ Appears fearful for no apparent reason<br>☐ Cries often<br>☐ Cries for no apparent reason<br>☐ Appears elated very frequently<br>☐ Appears sad very frequently<br>☐ Laughs for no apparent reason<br>☐ Unable to focus attention<br>☐ Wears little or no clothing<br>☐ Makes strange or unusual movements<br>☐ Handles own urine or feces<br>☐ Does not speak<br>☐ Does not respond to own name<br>☐ Refuses to leave cell most of the time<br>☐ Refuses to attend program(s)<br>☐ Refuses visits<br>☐ Has stopped corresponding | **VERBAL BEHAVIORS**<br>☐ Significant change in communicating<br>☐ Does not make sense when speaking<br>☐ Yells and screams<br>☐ Talks to self<br>**VERBAL/UNUSUAL THINKING**<br>Talks about:<br>☐ People being out to get "Me"<br>☐ Self in grandiose terms<br>☐ Grandiose plans or schemes<br>☐ Religious matters in a strange or unusual manner<br>☐ Devils or spirits controlling him/her<br>☐ Other people being possessed by evil spirits<br>☐ Hearing voices<br>**APPEARANCE AND HYGIENE**<br>☐ Hair and body appear dirty<br>☐ Has offensive odor<br>☐ Wears ripped/soiled clothing<br>**MEDICATIONS**<br>☐ Refusing medications | **EATING AND SLEEPING HABITS**<br>☐ Significant change in sleeping habits<br>☒ Significant decrease in sleep<br>☐ Significant increase in sleep<br>☐ Significant change in eating habits<br>☐ Significant decrease in appetite<br>☐ Significant increase in appetite<br>**SEXUAL ABUSE**<br>☒ Possible victim of sexual abuse  *alleged*<br>**SELF REFERRAL**<br>☐ Inmate requesting to see OMH – note reason in comment section<br>**OTHER**<br>☐ Please describe reason in comment section |

2. Comments: Per Supt, this inmate claims abuse. Inmate called #77 hotline

Actions: • Any box checked in column A, make an immediate phone referral to Mental Health and notify the Watch Commander
• Any box checked in column B, make a regular referral to Mental Health
• If for any other reason you feel there is a problem with the inmate, notify Mental Health and call the Watch Commander.

3. Type of Mental Health Notification:   ☒ Regular Referral   ☐ Immediate Phone Referral
If immediate referral, name and title of clinician contacted is required. In addition, at a facility with no Mental Health clinician, print the name of the Watch Commander notified:

_____
NAME & TITLE OF OMH CLINICIAN OR WATCH COMMANDER CONTACTED

**TO BE COMPLETED BY MENTAL HEALTH UNIT:**

Inmate: _____ was seen on _____ by OMH staff.

**COMPLETED BY:** _____   _____   _____
                      Clinician Name                Title                Phone Extension

The source of a mental health referral and information provided on the referral may be protected from disclosure under Sections 33.13 and 33.16 of the Mental Hygiene Law, if such disclosure could be detrimental to the referral source, the patient, or other persons.

Distribution: Take off Goldenrod copy for the referral source. Provide copy to supervisor: Security send to DSS; Civilian send to DSP
If inmate is placed on a suicide watch in RCTP by DOCCS, this form must be <u>hand delivered</u> to the Mental Health Unit so OMH will have it upon return to duty.

After completion by OMH submit: White - OMH   Canary - Referral Source: Security send to DSS; Civilian send to DSP   Pink - Medical

DEF0708

FORM 1595 (11/11)

# STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## INMATE INJURY REPORT

**Facility:** Coxsackie
**Date of Injury:** 4/15/16
**Time of Injury:** Approx 1000
**Location Injury Occurred:** D1 division
**Inmate Name:** Hayes Taheen
**DIN:** 05A3850
**Housing Location:** D1-19

**What was cause of Inmate's injury?** No injury — alleging sexual harassment

**Inmate's Statement:** I would like this matter investigated.

**Inmate's Signature:** [signed]  **Date:** 4/18/16

**Witnesses:**

**Reporting Employee:** Wm. Cornelson R
**Title:**

### FACILITY HEALTH SERVICES REPORT

**Date injury reported:** 4/18/16
**Time:** 1332
**Description of injury:** Denies injury.

**FRONT** / **BACK**

OD (Right)
OS (Left)

**Date of medical examination:** 4/18/16
**Time:** 1332
**Services Provided:** None at this time.

**Was inmate admitted to facility infirmary?** ☐ Yes ☒ No
**Outside hospital?** ☐ Yes ☒ No  **If yes, where?**
**PCP on site evaluation?** ☐ Yes ☒ No
**Telemed evaluation?** ☐ Yes ☒ No

**Name and title of person furnishing treatment at facility:**
**Signature:** [signed]  **Print:** Wm. Cornelson R  **Title:** R

This form is to be forwarded to the Fire & Safety Officer within 24 hours for review and filing.
* Attach a memorandum if additional information is needed for the description of injury.

DEF0709