# **CERTIFICATION**

I, Hilary Hawksby, being employed by the New York State Department of Corrections and Community Supervision in the position of Office Assistant I, have reviewed the attached documents and hereby state and certify pursuant to New York CPLR § 2307, CPLR Rule 4518 and 4540, and FRE Rule 902, that they are the true and exact copy of ~~disciplinary hearing packets~~ *attached records* pertaining to inmate **Taheen Hayes – 05A3850**. The attached records are maintained in the regular course of business of DOCCS, and with regard to the attached records that were created by employees of DOCCS, I certify that those records were made in the regular course of business of DOCCS; that it was in the regular course of business of DOCCS to make then at the time of the condition, act, transaction, occurrence or event documented in such record, or within a reasonable time thereafter; and that the employees who created the records had a duty to truthfully record such condition, act, transaction, occurrence or event.

*[signature: Hilary Hawksby]*
Hilary Hawksby, Office Assistant II

Witness my signature this 10th day of February 2017.

Sworn to before me this 6 day of February, 2017

*[signature]*
NOTARY PUBLIC
Harry D. Durgan
Notary Public, State of New York
No. 01DU6008379
Qualified in Clinton County
Commission Expires 2/20/18

```
02/13/17                        LOCATOR SYSTEM                          KLOCM6B
                        INTERNAL MOVEMENT HISTORY DISPLAY
                                  13 COXSACKIE
  DIN 05-A-3850    NYSID  [REDACTED]    FACILITY CLINTON GEN    LOCATION 0C-04-02B
  NAME HAYES, TAHEEN                    DOB [REDACTED] 86   SEX M    E/R NB

                     EFFECTIVE    DATE
         FACILITY    DATE         ENTERED      FROM            TO
         COXSACKIE   03/03/16     03/03/16     MESS HALL       KITCHEN
                                               MESS HALL       AD
                     03/03/16     03/03/16     0F-02-016       0C-02-32S
                     04/10/16     04/10/16     0C-02-32S       0D-01-19S
                     04/26/16     04/26/16     0D-01-19S       0F-02-036
                     05/09/16     05/09/16     0F-02-036       0C-01-07S
                     05/09/16     05/09/16     0C-01-07S       0F-03-026
                     05/12/16     05/12/16     0F-03-026       0F-02-012
                                               KITCHEN
                                               AD
                     05/12/16     05/12/16     0F-02-012       0F-02-025
                     05/13/16     05/13/16     0F-02-025       0A-03-31S
                     05/16/16     05/16/16     0A-03-31S       0F-03-036

    <ENTER> CONTINUE       <PF3> EXIT(FUNCTION)     <PF4> RETURN    <CLEAR> EXIT(SYSTEM)
                           <PF7> SCROLL BACKWARD    <PF8> SCROLL FORWARD
```

DEF0207

```
02/13/17                    LOCATOR SYSTEM                         KLOCM6B
                   INTERNAL MOVEMENT HISTORY DISPLAY
                            13 COXSACKIE
 DIN 05-A-3850   NYSID  [REDACTED]   FACILITY CLINTON GEN    LOCATION 0C-04-02B
 NAME HAYES, TAHEEN                         DOB      '86  SEX M   E/R NB

                    EFFECTIVE    DATE
         FACILITY     DATE     ENTERED     FROM              TO
         COXSACKIE  05/17/16   05/17/16   0F-03-036       SH-UU-004
                                                          SHU
                                                          SHU
                    05/24/16   05/24/16   SH-UU-004       HS-02-5IS
                    05/25/16   05/25/16   HS-02-5IS       SH-UU-004
                    06/10/16   06/10/16   SH-UU-004       0C-02-29S
                    06/10/16   06/10/16   SHU
                                          SHU
                    06/19/16   06/19/16                   HALL SQD
                                                          AD
                    06/19/16   06/19/16   0C-02-29S       0B-02-06S
                    07/28/16   07/28/16   0B-02-06S       0F-03-023
                    07/30/16   07/30/16   0F-03-023       SH-UU-030

    <ENTER> CONTINUE     <PF3> EXIT(FUNCTION)    <PF4> RETURN   <CLEAR> EXIT(SYSTEM)
                         <PF7> SCROLL BACKWARD   <PF8> SCROLL FORWARD
```

DEF0208

```
----------------------------------------------------------------------------------
     3 M         SHU         PACKAGE       COMMISSARY    SERVICE DTES 06/04/13 09/04/13
     3 M         PHONE                                   SERVICE DTES 06/04/13 09/04/13
     3 M         GOOD TIME
----------------------------------------------------------------------------------
 TIER 3   HEARING : 09/12/13 01:25 PM  VSUP  HEINTZ            GRN HAVN GEN
          INCIDENT: 09/06/13 07:50 PM  CO    DANGELICO         GRN HAVN GEN
          DIS.REV : 10/24/13           DSP   SHMC              UPSTATE SC
 113.10 WEAPON
     2 M  23 D   SHU                                     SERVICE DTES 09/06/13 11/29/13
     2 M  23 D   PACKAGE                                 SERVICE DTES 09/06/13 11/29/13
     2 M  23 D   COMMISSARY                              SERVICE DTES 09/06/13 11/29/13
     2 M  23 D   PHONE                                   SERVICE DTES 09/06/13 11/29/13
     3 M         SHU         PACKAGE       COMMISSARY    PHONE        SUSPD TO 03/11/14
----------------------------------------------------------------------------------
 TIER 2   HEARING : 02/08/14 11:37 AM  LT    PERRINE           ATTICA GEN
          INCIDENT: 02/06/14 09:20 AM  INST  K. BRIGGS         ATTICA GEN
 104.13 CREATE DISTURB     107.10 INTERFERENCE      106.10 DIRECT ORDER
         2 D   KEEPLOCK                             SERVICE DTES 02/06/14 02/08/14
        15 D   COMMISSARY    PHONE                  SERVICE DTES 02/06/14 02/21/14
        15 D   COMMISSARY    PHONE                               SUSPD TO 05/09/14
----------------------------------------------------------------------------------
 TIER 2   HEARING : 03/02/16 09:54 AM  LT    PAHL, E T         COXSACKIE
          INCIDENT: 02/26/16 12:30 PM  CO    DAHLKE, T J       COXSACKIE
 106.10 DIRECT ORDER      102.10 THREATS
         5 D   KEEPLOCK                             SERVICE DTES 02/26/16 03/02/16
        10 D   RECREATION    PACKAGE       COMMISSARY   SERVICE DTES 02/26/16 03/07/16
        10 D   PHONE                                    SERVICE DTES 02/26/16 03/07/16
----------------------------------------------------------------------------------
 TIER 3   HEARING : 06/02/16 04:30 PM  CHO   BRACCINI, A M     COXSACKIE
          INCIDENT: 05/17/16 07:24 AM  CO    JAMES, B S        COXSACKIE
          APPEAL  : 08/30/16 AFFIRMED  DIR   VENETTOZZI        CENTRAL OFF
 104.13 CREATE DISTURB     107.10 INTERFERENCE      106.10 DIRECT ORDER
 102.10 THREATS
        90 D   PACKAGE       COMMISSARY    PHONE       SERVICE DTES 05/17/16 08/15/16
        90 D   SHU                                                  SUSPD TO 11/29/16
----------------------------------------------------------------------------------
 TIER 3   HEARING : 06/09/16 03:15 PM  CHO   BRACCINI, A M     COXSACKIE
          INCIDENT: 05/16/16 06:30 PM  CO    MEIER, J A        COXSACKIE
 104.13 CREATE DISTURB     106.10 DIRECT ORDER
        30 D   KEEPLOCK      PACKAGE       COMMISSARY   PHONE       SUSPD TO 12/06/16
----------------------------------------------------------------------------------
 TIER 2   HEARING : 08/31/16 01:18 PM  LT    KNEELAND, R W     COXSACKIE
          INCIDENT: 08/19/16 11:00 PM  CO    SMITH, C C        COXSACKIE
 104.13 CREATE DISTURB     106.10 DIRECT ORDER
        15 D   RECREATION    PACKAGE       COMMISSARY   SERVICE DTES 08/31/16 09/15/16
----------------------------------------------------------------------------------
 TIER 3   HEARING : 09/29/16 01:08 PM  CHO   BRACCINI, A M     COXSACKIE
          INCIDENT: 07/30/16 03:15 PM  SGT   DIXSON, D L       COXSACKIE
          APPEAL  : 12/20/16 AFFIRMED  DIR   VENETTOZZI        CENTRAL OFF
          DIS.REV : 11/15/16                 SHMC              UPSTATE SC
 104.11 VIOLENT CONDUCT    100.11 ASSAULT ON STAFF   106.10 DIRECT ORDER
       120 D   SHU           PACKAGE       COMMISSARY   SERVICE DTES 07/30/16 11/27/16
       120 D   PHONE                                    SERVICE DTES 07/30/16 11/27/16
----------------------------------------------------------------------------------
 TIER 2   HEARING : 10/11/16 02:00 PM  LT    KNEELAND, R W     COXSACKIE
```