UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

TAHEEN HAYES

         *Plaintiff*,   **DECLARATION OF SERVICE**

  -against-

T. DAHKLE, ET. AL,           16-CV-1368

        *Defendants*.

               TJM/CFH

---

  I, BRITTANY ERICSEN, declare pursuant to 28 USC § 1746, that on August 22, 2018, I served the annexed **Notice of Motion, Statement Pursuant to Rule 7.1(a)(3), Declaration of Helena O. Pederson with Exhibits A through F, Declaration of Stephen A. Bence, Declaration of Edward Coon, Declaration of Timothy Dahlke, Declaration of Kristopher Hoffman, Declaration of James Iarusso, Declaration of Raymond Shanley, Declaration of Daniel Martuscello, Declaration of Rachael Seguin with Exhibits 1 through 5, and a Memorandum of Law** upon the following individual, by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in the City of Albany, a depository under the exclusive care and custody of the United States Postal Service, directed to the individual at the address, designated for that purpose, as follows:

Taheen Hayes, 05A3850
Upstate Correctional Facility
P.O. Box 2001
309 Bare Hill Road
Malone, NY  12953

Dated: August 22, 2018
    Albany, New York

               *s/ Brittany Ericsen*
               BRITTANY ERICSEN