UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

TAHEEN HAYES

                *Plaintiff*,

-against-

T. DAHKLE, ET. AL,

                *Defendants*.

**DECLARATION OF SERVICE**

16-CV-1368

TJM/CFH

---

      I, BRITTANY ERICSEN, declare pursuant to 28 USC § 1746, that on October 29, 2018, I served the annexed **Letter regarding OSI document with an enclosure containing the declaration of Bobbi Facteau** upon the following individual, by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a post office box in the City of Albany, a depository under the exclusive care and custody of the United States Postal Service, directed to the individual at the address, designated for that purpose, as follows:

Taheen Hayes, 05A3850
Upstate Correctional Facility
P.O. Box 2001
309 Bare Hill Road
Malone, NY  12953

Dated:  October 29, 2018
       Albany, New York

                                        *s/ Brittany Ericsen*
                                        BRITTANY ERICSEN