EXHIBIT A

 **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

November 16, 2016

Mr. Taheen Hayes, #05-A-3850
Upstate Correctional Facility
309 Bare Hill Road
PO Box 2001
Malone, NY  12953

Dear Mr. Hayes:

This is to acknowledge receipt of your correspondence dated November 5, 2016.

Please be advised that CX-18983-16, CX-19053-16, CX-19054-16, CX-19094-16 and CX-19095-16 are currently pending CORC dispositions.

You are advised to address any further concerns regarding these grievances directly to the IGP Supervisor at Coxsackie Correctional Facility for the most expeditious means of resolution.

Sincerely,

Karen Bellamy
Director
Inmate Grievance Program

KRB:AL

cc: Supt. Donald Uhler, Upstate C.F.
    Supv. Donna Wilcox/Sherri Debyah, Upstate C.F. (w/attachment)



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

September 22, 2016

Mr. Taheen Hayes, #05-A-3850
Coxsackie Correctional Facility
11260 Route 9W
PO Box 999
Coxsackie, NY 12051-0999

Dear Mr. Hayes:

This is to acknowledge receipt of your correspondence dated September 10, 2016.

Please be advised that CX-18983-16 is currently pending a CORC disposition. In addition, contact with the IGP Supervisor reveals that CX-19053-16 was answered by the Superintendent on September 13, 2016; and that CX-19054-16 is currently pending a Superintendent's response. Further, CX-19094-16 and CX-19095-16 are both being processed for CORC. It is also noted that she addressed your concerns last week during rounds, and you should continue to bring them to her attention for the most expeditious response.

Sincerely,

Karen Bellamy
Director
Inmate Grievance Program

KRB:lc

cc: Supt. Daniel Martuscello, Coxsackie C.F.
Supv. Tisha Surprenant, Coxsackie C.F. (w/attachment)

The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226-2050 | (518) 457-8126 | www.doccs.ny.gov

DEF0714